UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JORGE CONTRERAS,

Plaintiff,

v.

SGT. B. MENDOZA, et al.,

Defendants.

1:26-cv-07658-HBK (PC)

ORDER TO SUBMIT ENCLOSED APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE

30-DAY DEADLINE

Plaintiff—a prisoner—initiated this action by filing a *pro se* civil rights complaint under 42 U.S.C. § 1983 on September 21, 2026. (Doc. 1). Plaintiff did not submit with the $405.00 filing fee or an application to proceed *in forma pauperis* under 28 U.S.C. § 1915.

Accordingly, it is **ORDERED**:

Within **thirty (30) days** of receipt of this order, Plaintiff must either: (1) file a completed application to proceed *in forma pauperis*; or (2) pay the $405.00 filing fee. Failure to comply with this order, or request an extension of time, will result in a recommendation that this action be dismissed for failure to prosecute and failure to comply with a court order.

Dated: September 23, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE