UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JORGE CONTRERAS,

Plaintiff,

v.

MENDOZA et al,

Defendant.

1:26-cv-007658-HBK (PC)

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

(Doc. 5)

ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY THE MADERA COUNTY SHERIFF

Plaintiff—a prisoner—initiated this action on September 21, 2026, by filing a *pro s*e civil rights complaint pursuant to 42 U.S.C. § 1983. (Doc. 1, Complaint). Plaintiff seeks leave to proceed *in forma pauperis* on his Complaint and submitted a copy of his prison trust fund statement in support. (Doc. 5). Plaintiff has made the showing required by § 1915(a) to proceed *in forma pauperis* but remains obligated to pay the full statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff must make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to Plaintiff's trust account. 28 U.S.C. § 1915(b)(2). The Madera County Sheriff is required to send to the Clerk of the Court payments from plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. *Id*.

Plaintiff is directed to inform any subsequent institution he is transferred to of his *in forma pauperis* status and payment obligations. Because the "agency having custody of the prisoner" is

responsible for forwarding payments under 28 U.S.C. § 1915(b)(2), Plaintiff shall provide the Trust Office of any new facility with a copy of this Order to ensure continuous payment.

According, IT IS ORDERED:

1. Plaintiff's application to proceed *in forma pauperis* (Doc. 5) is GRANTED.
2. Plaintiff is ORDERED to notify any subsequent institution of his *in forma pauperis* status and this payment obligation immediately upon transfer. 28 U.S.C. § 1915(b)(2). Plaintiff's failure to facilitate these payments may result in the dismissal of this action for failure to prosecute under Federal Rule of Civil Procedure 41(b).
3. **Pursuant to 28 U.S.C. § 1915 (b)(1), the Madera County Sheriff or his designee shall forward an initial payment of $11.00 to the Clerk of the Court from Plaintiff's prison trust account in accordance with 28 U.S.C. § 1915(b)(1)(A) and shall make future monthly payments in an amount equal to twenty percent (20%) of the preceding month's income credited to the Plaintiff's trust account each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court.** The payments shall be clearly identified by the name and number assigned to this action.
4. The Clerk of the Court is directed to serve a copy of this Order and a copy of Plaintiff's *in forma pauperis* application (Doc. 5) on the Madera County Sheriff located at 195 Tozer St, Madera, CA 93638.
5. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Sacramento Division.

Dated: October 23, 2026

Helena M. Barch-Kuchta
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE